IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CIVIL ACTION NO.4:07-CV-113-Y |
| | § | (Court of Appeals No. 08-10724) |
| | § | |
| $10,018.00 IN US CURRENCY | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS AND, DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Before the Court is motion for leave to proceed in forma pauperis filed by appellant Chuck Oliver, along with the November 4, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 25 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on November 4, 2008. The Court concludes that the motion for leave to proceed in forma pauperis should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the November 4, 2008, findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Appellant Chuck Oliver's September 15, 2008, motion for leave to proceed *in forma pauperis* on appeal [docket no. 23] is DENIED.

SIGNED November 26, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE